**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| NICOLE COHEN-PROST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:25-cv-00954-MAL |
| | ) | |
| PROVIDER PLUS, INC., and | ) | |
| ADAPTHEALTH PATIENT CARE | ) | |
| SOLUTIONS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Nicole Cohen-Prost

and Defendants AdaptHealth Patient Care Solutions, LLC and Provider Plus Inc., by and through

their respective counsel, jointly stipulate to the dismissal of this action, including all claims

asserted herein, with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: May 15, 2026

Respectfully submitted,                    Respectfully submitted,

**LAUREN ALLEN, LLC**                      **DENTONS US LLP**

By */s/ Lauren Perkins Allen*              By */s/ Kathryn S. Rickley*
Lauren Perkins Allen MO #49845             Anne E. Baggott MO #59187
4714 Grand Avenue, Suite 130               Kathryn S. Rickley MO #59435
Kansas City, Missouri 64112                Travis D. Hoehn MO #72848
Telephone: 816-877-8120                    4520 Main Street, Suite 1100
Facsimile:816-817-1120                     Kansas City, Missouri 64111
Email: lpa@laurenallenllc.com              Telephone: 816-460-2400
                                           Facsimile: 816-531-7545
*Attorney for Plaintiff*                   anne.baggott@dentons.com
                                           kathryn.rickley@dentons.com
                                           travis.hoehn@dentons.com

                                           *Attorney for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 15th day of May 2025, a true and correct copy of the above and foregoing was e-filed with the Court's CM/ECF electronic filing system, which provided notice to all parties who have entered an appearance in this action.

*/s/ Lauren Perkins Allen*      
Counsel for Plaintiff
